**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURA SANTOYO,<br><br>        Plaintiff,<br><br>v.<br><br>RICH PRODUCTS CORPORATION, a California Corporation, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.  2:24-CV-01856-KJM-JDP<br><br>**ORDER GRANTING STIPULATION FOR 14-DAY EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>Complaint Filed:  May 24, 2024 |

    The Court has considered the parties' Stipulation for 14-Day Extension of Time to File Responsive Pleading.

    GOOD CAUSE appearing, it is hereby ORDERED THAT Defendant's responsive pleading shall be filed no later than July 24, 2024.

    **IT IS SO ORDERED.**

DATED:  July 12, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE