J. Edward Brooks, SBN 247767
Alexandra Darling, SBN 345299
GAVRILOV & BROOKS
2315 Capitol Avenue
Sacramento, CA 95816
Telephone:	(916) 504-0529
Facsimile:	(916) 727-6877
Email:	ebrooks@gavrilovlaw.com
Email:	adarling@gavrilovlaw.com

Attorneys for Plaintiff
LAURA SANTOYO

**UNITED STATES EASTERN DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURA SANTOYO,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>RICH PRODUCTS CORPORATION and DOES 1 – 10, inclusive,<br><br>　　　　　　　Defendants. | Case No.  2:24-cv-01856-JDP<br><br>**[PROPOSED]** **ORDER GRANTING STIPULATION TO FILE SECOND AMENDED COMPLAINT**<br><br>Trial Date: Not Set<br>Complaint Filed: May 24, 2024 |

1.

[PROPOSED] ORDER

## [PROPOSED] ORDER

The Court, having considered the Parties' Stipulation to file a Second Amended Complaint (DKT 5), finds good cause appearing and hereby APPROVES the Stipulation and ORDERS as follows:

1. Plaintiff Laura Santoyo ("Plaintiff") is granted leave to file a Second Amended Complaint;

2. Plaintiff's proposed Second Amended Complaint attached as Exhibit A to the Stipulation (DKT 5) shall be electronically filed as a separate document by Plaintiff forthwith within seven (7) days from the date of entry of this order;

3. Defendant RICH PRODUCTS CORPORATION, INC. has thirty days to respond to Plaintiff's Second Amended Complaint.

IT IS SO ORDERED.

Dated:   July 26, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE