J. Edward Brooks, SBN 247767
Alexandra Darling, SBN 345299
GAVRILOV & BROOKS
2315 Capitol Avenue
Sacramento, CA 95816
Telephone:    (916) 504-0529
Facsimile:    (916) 727-6877
Email:    ebrooks@gavrilovlaw.com
Email:    adarling@gavrilovlaw.com

Attorneys for Plaintiff
LAURA SANTOYO

MONTE GRIX (SBN 241050)
mgrix@hkemploymentlaw.com
JACQULIN GIVELBER (SBN 336461)
jgivelber@hkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
233 Wilshire Boulevard, Suite 600
Santa Monica, CA 94104
Telephone: (310) 255-0705
Facsimile: (310) 255-0986

Attorneys for Defendant
RICH PRODUCTS CORPORATION

**UNITED STATES EASTERN DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURA SANTOYO,<br><br>            Plaintiff,<br><br>    v.<br><br>RICH PRODUCTS CORPORATION, a California Corporation, and DOES 1 – 10, inclusive,<br><br>            Defendants. | Case No.:  2:24-cv-1856-JDP<br><br>**JOINT STIPULATION FOR EXTENDING DEADLINES AND PROPOSED ORDER**<br><br>Complaint Filed: May 24, 2024 |

1

LAURA SANTOYO ("Plaintiff") and RICH PRODUCTS CORPORATION ("Defendant") (collectively, "the Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, the Court's Initial Pretrial Scheduling Order (DKT 20) includes the following deadlines:

- Initial expert disclosure deadline: June 5, 2025
- Rebuttal expert disclosure deadline: June 26, 2025
- Deadline for hearing motions to compel discovery: July 17, 2025
- Deadline for the Parties to complete discovery: August 7, 2025
- Deadline for hearing dispositive motions: October 9, 2025;

WHEREAS, the Parties are re-engaging in settlement discussions and agree that efforts to informally resolve the above-captioned Action will be better served if the above-mentioned deadlines are vacated and continued by thirty days;

WHEREAS, the Parties agree and stipulate that continuing the above-mentioned deadlines by 30 days (with the deadline falling on the next Court Day if the 30th day falls on a Saturday or Sunday), as requested by this stipulation, would cause fair, efficient and just administration of the Action;

WHEREAS the Parties have not requested any continuances at any former time;

WHEREAS, the Parties agree and stipulate that no Parties will be prejudiced by the requested relief;

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES HERETO, THROUGH THEIR RESPECTIVE COUNSEL, THAT THE INITIAL EXPERT DISCLOSURE DEADLINE; REBUTTAL EXPERT DISCLOSURE DEADLINE; DEADLINE FOR HEARING MOTIONS TO COMPEL DISCOVERY; DEADLINE FOR THE PARTIES TO COMPLETE DISCOVERY; AND DEADLINE FOR HEARING DISPOSITIVE MOTIONS SHALL BE CONTINUED BY THIRTY DAYS.

IT IS SO STIPULATED.

Dated:                                **GAVRILOV & BROOKS**

By: _____
    J. Edward Brooks
    Alexandra Darling
    Attorneys for Plaintiff
    LAURA SANTOYO

Dated:                                **HIRSCHFELD KRAEMER**

By: _____
    Monte Grix
    Jackie Givelber
    Attorneys for Defendant
    RICH PRODUCTS CORPORATION

# [PROPOSED] ORDER

Based upon the foregoing stipulation of the Parties, and good cause appearing therefor, **IT IS HEREBY ORDERED AS FOLLOWS:**

The Parties' initial expert disclosure deadline of June 5, 2025 is hereby vacated, with a new deadline of **July 7, 2025**.

The Parties' rebuttal disclosure deadline of June 26, 2025 is hereby vacated, with a new deadline of **July 28, 2025**.

The deadline of July 17, 2025 for the Parties to have motions to compel discovery heard is hereby vacated, with a new deadline of **August 21, 2025**.

The deadline of August 7, 2025 for the Parties to complete discovery is hereby vacated, with a new deadline of **September 8, 2025**.

The deadline of October 9, 2025 for the Parties to have dispositive motions heard is hereby vacated, with a new deadline of **November 13, 2025**.

Aside from these new deadlines, the Court's Initial Pretrial Scheduling Order (DKT 20) remains unaffected.

IT IS SO ORDERED.

Dated:   May 29, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE