MONTE GRIX (SBN 241050)
mgrix@hkemploymentlaw.com
MICHELLE C. FREEMAN (SBN 318908)
mfreeman@hkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
233 Wilshire Boulevard, Suite 600
Santa Monica, CA  94104
Telephone: (310) 255-0705
Facsimile:  (310) 255-0986

Attorneys for Defendant
RICH PRODUCTS CORPORATION

J. Edward Brooks, SBN 247767
Alexandra Darling, SBN 345299
GAVRILOV & BROOKS
2315 Capitol Avenue
Sacramento, CA 95816
Telephone: (916) 504-0529
Facsimile:  (916) 727-6877
Email:       ebrooks@gavrilovlaw.com
Email:       adarling@gavrilovlaw.com

Attorneys for Plaintiff
LAURA SANTOYO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA SANTOYO,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>RICH PRODUCTS CORPORATION, a California Corporation, and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No.  2:24-cv-1856-JDP<br><br>**JOINT STIPULATION FOR EXTENDING DEADLINES AND ~~PROPOSED~~ ORDER**<br><br>Complaint Filed:  May 24. 2024 |

   LAURA SANTOYO ("Plaintiff") and RICH PRODUCTS CORPORATION ("Defendant") (collectively, "the Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

///

1    WHEREAS, the Parties previously filed a Joint Stipulation to continue certain dates in the Court's Pretrial Scheduling Order (DKT 20), which the Court granted on May 29, 2025 (DKT 29), continuing the following deadlines as follows:

- Initial expert disclosure deadline: July 7, 2025;
- Rebuttal expert disclosure deadline: July 28, 2025;
- Deadline for hearing motions to compel discovery: August 18, 2025;
- Deadline for the Parties to complete discovery: September 8, 2025; and
- Deadline for hearing dispositive motions: November 10, 2025.

WHEREAS, the Parties are continuing ongoing discussions regarding resolution, both directly and through a private mediator, Will C. Klatte, Esq., and agree that efforts to informally resolve the above-captioned Action will be better served if the above-mentioned deadlines are vacated and continued by 90 days by, among other things, allowing the Parties to avoid expenditure of resources on continued fact discovery expert disclosure and discovery, and dispositive motion practice;

WHEREAS, the Parties agree and stipulate that continuing the above-mentioned deadlines by 90 days (with the deadline falling on the next Court Day if the 90th day falls on a Saturday or Sunday), as requested by this stipulation, would cause fair, efficient and just administration of the Action;

WHEREAS, the Parties agree to stipulate to continuing the above-mentioned deadlines by 60 days (with the deadline falling on the next Court Day if the 60th day falls on a Saturday or Sunday) if a shorter continuance is preferred by the Court;

WHEREAS the Parties have only requested one prior continuance and believe this second continuance is necessary for the Parties to fully explore settlement without the need to expend resources to comply with the currently set deadlines;

WHEREAS, the Parties agree and stipulate that no Parties will be prejudiced by the requested relief;

///

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES HERETO, THROUGH THEIR RESPECTIVE COUNSEL, THAT THE INITIAL EXPERT DISCLOSURE DEADLINE; REBUTTAL EXPERT DISCLOSURE DEADLINE; DEADLINE FOR HEARING MOTIONS TO COMPEL DISCOVERY; DEADLINE FOR THE PARTIES TO COMPLETE DISCOVERY; AND DEADLINE FOR HEARING DISPOSITIVE MOTIONS SHALL BE CONTINUED BY NINETY DAYS.

**IT IS SO STIPULATED.**

Dated:  July 8, 2024                                                        GAVRILOV & BROOKS

By: */s/ Alexandra Darling*
J. Edward Brooks
Alexandra Darling
Attorneys for Plaintiff
LAURA SANTOYO

Dated:  July 8, 2024                                                        HIRSCHFELD KRAEMER LLP

By: */s/ Michelle C. Freeman*
Monte Grix
Michelle C. Freeman
Attorneys for Defendant
RICH PRODUCTS CORPORATION

ATTESTATION

In accordance with Local Rule 131(e), the attorney whose signature appears below, and who is e-filing this document, affirms he has obtained authorization and approval from all other counsel listed above to file this document on that counsel's behalf.

*/s/ Michelle C. Freeman*
Michelle C. Freeman

# **[PROPOSED]** ORDER

Based upon the foregoing stipulation of the Parties, and good cause appearing therefor, **IT IS HEREBY ORDERED AS FOLLOWS**:

The Parties' initial expert disclosure deadline of July 7, 2025 is hereby vacated, with a new deadline of **October 6, 2025**.

The Parties' rebuttal disclosure deadline of July 28, 2025 is hereby vacated, with a new deadline of **October 27, 2025**.

The deadline of August 21, 2025 for the Parties to have motions to compel discovery heard is hereby vacated, with a new deadline of **November 20, 2025**.

The deadline of September 8, 2025 for the Parties to complete discovery is hereby vacated, with a new deadline of **December 8, 2025**.

The deadline of November 13, 2025 for the Parties to have dispositive motions heard is hereby vacated, with a new deadline of **February 12, 2026**.

Aside from these new deadlines, the Court's Initial Pretrial Scheduling Order (DKT 20) remains unaffected.

IT IS SO ORDERED.

Dated:   June 24, 2025

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE