MONTE GRIX (SBN 241050)
mgrix@hkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
1299 Ocean Avenue, Suite 750
Santa Monica, California 90401
Telephone: (310) 255-0705
Facsimile: (310) 255-0986

MICHELLE C. FREEMAN (SBN 318908)
mfreeman@hkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
456 Montgomery Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 835-9000
Facsimile: (415) 834-0443

Attorneys for Defendant
RICH PRODUCTS CORPORATION

JAMIE KEETON, (SBN 265267)
jkeeton@gavrilovlaw.com
ALEXANDRA DARLING, (SBN 345299)
adarling@gavrilovlaw.com
OGNIAN GAVRILOV (SBN 258583)
Ognian@gavrilovlaw.com
GAVRILOV & BROOKS
2315 Capitol Avenue
Sacramento, CA 95816
Telephone: (916) 504-0529
Facsimile: (916) 727-6877

Attorneys for Plaintiff
LAURA SANTOYO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA SANTOYO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RICH PRODUCTS CORPORATION, a California Corporation, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:24-cv-1856-JDP<br><br>**JOINT STIPULATION FOR EXTENDING DEADLINE TO COMPLETE DISCOVERY; ~~PROPOSED~~ ORDER**<br><br>Complaint Filed: May 24. 2024 |

LAURA SANTOYO ("Plaintiff") and RICH PRODUCTS CORPORATION ("Defendant") (collectively, "the Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, the current deadline to complete discovery, pursuant to the Court's Order of June 24, 2025 (DKT 34) is **December 8, 2025**;

WHEREAS, the Parties have been diligent in the discovery process, including through propounding and responding to multiple sets of written discovery and through taking multiple depositions (3 fact witnesses and two expert witnesses to date by Defendant; 10 fact witnesses by Plaintiff);

WHEREAS, Defendant deposed Plaintiff's designated expert on occupational safety and health issues, Charles Craig, on November 18, 2025;

WHEREAS, said deposition, due to scheduling issues, was concluded after approximately 3 hours on the record;

WHEREAS, Defendant seeks, and Plaintiff does not oppose, a second day of deposition for Mr. Craig;

WHEREAS, Mr. Craig's next availability for deposition is after December 15, 2025, which is after the present discovery cutoff, the Parties stipulate as follows:

IT IS HEREBY STIPULATED and agreed by the Parties hereto, through their respective counsel, that the discovery cutoff in this matter shall be extended by 11 days, up to and through **December 19, 2025**, but only to permit the completion of the deposition of Mr. Craig.

**IT IS SO STIPULATED.**

///

///

///

Dated: November 20, 2025               GAVRILOV & BROOKS

By: */s/ Alexandra Darling*
Jamie Keeton
Alexandra Darling
Ognian Gavrilov
Attorneys for Plaintiff
LAURA SANTOYO

Dated: November 20, 2025               HIRSCHFELD KRAEMER LLP

By: */s/ Michelle C. Freeman*
Monte Grix
Michelle C. Freeman
Attorneys for Defendant
RICH PRODUCTS CORPORATION

ATTESTATION

In accordance with Local Rule 131(e), the attorney whose signature appears below, and who is e-filing this document, affirms he has obtained authorization and approval from all other counsel listed above to file this document on that counsel's behalf.

*/s/ Michelle C. Freeman*
Michelle C. Freeman

///

JOINT STIPULATION FOR EXTENDING DISCOVERY CUTOFF AND ~~PROPOSED~~ ORDER
CASE NO. 2:24-CV-01856-JDP

**[PROPOSED] ORDER**

Based upon the foregoing stipulation of the Parties, and good cause appearing therefor, **IT IS HEREBY ORDERED AS FOLLOWS**:

The deadline of December 8, 2025 for the Parties to complete discovery is hereby vacated, with a new deadline of **December 19, 2025** for the express and sole purpose of permitting the completion of Defendant's deposition of Plaintiff's designated expert witness, Charles Craig.

Aside from this new deadline, the Court's Initial Pretrial Scheduling Order (DKT 20), as modified by the Court's Order of June 24, 2025 (DKT 34) remains unchanged.

**IT IS SO ORDERED**

Dated: December 2, 2025

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE